**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANCES ORTA,

                    Plaintiff,                    21 **CIVIL** 10662 (KHP)

      -v-                                            **<u>JUDGMENT</u>**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 29, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Administrative Law Judge will be directed to offer the Plaintiff an opportunity for a new hearing and issue a new decision.

**Dated:**  New York, New York
            December 30, 2022

                                                                    **RUBY J. KRAJICK**

                                                                        _____
                                                                         **Clerk of Court**

                               **BY:**      *K. Mango*

                                                                            _____
                                                                         **Deputy Clerk**